**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x
: 
LUC A. DESPINS, CHAPTER 11 : Adv. Proceeding Nos. 24-05005, 24-05006, 24-
TRUSTEE, : 05007, 24-05008, 24-05009, 24-05010, 24-05011,
: 2405012, 24-05013, 24-05014, 24-05015, 24-
Plaintiff, : 05016, 24-05017, 24-05018, 24-05019, 24-05020,
v. : 2405021, 24-05022, 24-05023, 24-05024, 24-
: 05025, 24-05026, 24-05027, 24-05028, 24-05029,
: 2405030, 24-05031, 24-05032, 24-05033, 24-
AVOIDANCE DEFENDANTS : 05034, 24-05035, 24-05036, 24-05037, 24-05038,
: 2405039, 24-05040, 24-05041, 24-05042, 24-
Defendants. : 05043, 24-05044, 24-05045, 24-05046, 24-05047,
: 2405048, 24-05049, 24-05050, 24-05051, 24-
: 05052, 24-05053, 24-05054, 24-05055, 24-05056,
: 2405057, 24-05058, 24-05059, 24-05060, 24-
: 05061, 24-05062, 24-05063, 24-05064, 24-05065,
: 2405066, 24-05067, 24-05068, 24-05069, 24-
: 05070, 24-05071, 24-05072, 24-05073, 24-05074,
: 2405075, 24-05076, 24-05077, 24-05078, 24-
: 05079, 24-05080, 24-05081, 24-05082, 24-05083,
: 2405084, 24-05085, 24-05086, 24-05087, 24-
: 05088, 24-05089, 24-05090, 24-05091, 24-05092,
: 2405093, 24-05094, 24-05095, 24-05096, 24-
: 05097, 24-05098, 24-05099, 24-05100, 24-05101,
(caption continues on next page) : 2405102, 24-05102, 24-05103, 24-05104, 24-
: 05105, 24-05106, 24-05107, 24-05108, 24-05109,

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

```
                                                  :   24-05110, 24-05111, 24-05112, 24-05113, 24-
                                                  :   05114, 24-05115, 24-05116, 24-05117, 24-05118,
                                                  :   2405119, 24-05120, 24-05121, 24-05122, 24-
                                                  :   05123, 24-05124, 24-05125, 24-05126, 24-05127,
                                                  :   2405128, 24-05129, 24-05130, 24-05131, 24-
                                                  :   05132, 24-05133, 24-05134, 24-05135, 24-05136,
                                                  :   2405137, 24-05138, 24-05139, 24-05140, 24-
                                                  :   05141, 24-05142, 24-05143, 24-05144, 24-05145,
                                                  :   2405146, 24-05147, 24-05148, 24-05149, 24-
                                                  :   05150, 24-05151, 24-05152, 24-05153, 24-05154,
                                                  :   2405155, 24-05156, 24-05157, 24-05158, 24-
                                                  :   05159, 24-05160, 24-05161, 24-05162, 24-05163,
                                                  :   2405164, 24-05165, 24-05166, 24-05167, 24-
                                                  :   05168, 24-05169, 24-05170, 24-05171, 24-05172,
                                                  :   2405173, 24-05174, 24-05175, 24-05176, 24-
                                                  :   05177, 24-05178, 24-05179, 24-05180, 24-05181,
                                                  :   2405182, 24-05183, 24-05184, 24-05185, 24-
                                                  :   05186, 24-05187, 24-05188, 24-05189, 24-05190,
                                                  :   2405191, 24-05192, 24-05193, 24-05194, 24-
                                                  :   05195, 24-05196, 24-05197, 24-05198, 24-05199,
                                                  :   2405200, 24-05201, 24-05202, 24-05203, 24-
                                                  :   05204, 24-05205, 24-05206, 24-05207, 24-05208,
                                                  :   2405209, 24-05210, 24-05211, 24-05212, 24-
                                                  :   05213, 24-05214, 24-05215, 24-05216, 24-05217,
                                                  :   2405218, 24-05219, 24-05220, 24-05221, 24-
                                                  :   05222, 24-05223, 24-05224, 24-05225, 24-05226,
                                                  :   2405227, 24-05228, 24-05229, 24-05230, 24-
                                                  :   05231, 24-05232, 24-05233, 24-05234, 24-05235,
                                                  :   2405236, 24-05237, 24-05238, 24-05239, 24-
                                                  :   05240, 24-05241, 24-05242, 24-05243, 24-05244,
                                                  :   2405245, 24-05246, 24-05247, 24-05248, 24-
                                                  :   05250, 24-05251, 24-05252, 24-05253, 24-05254,
                                                  :   2405255, 24-05256, 24-05257, 24-05258, 24-
                                                  :   05259, 24-05260, 24-05261, 24-05262, 24-05263,
                                                  :   2405264, 24-05265, 24-05266, 24-05267, 24-
                                                  :   05268, 24-05269, 24-05270, 24-05271, 24-05272,
                                                  :   24-05274, 24-05275, 24-05276, 24-05279, 24-
                                                  :   05280
----------------------------------------------------------------x
```

**NOTICE OF ENTRY OF NOTICE OF HEARING**

Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee") for the debtor Ho Wan Kwok (the "Debtor"), hereby files this notice of the entry of the *Notice of Hearing Issued on Appendix M Matter (RE: [3329] First Supplemental Motion to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions filed by Chapter 11 Trustee)* [Main Case Docket No. 3332] (the "Notice of Hearing") in the Debtor's above-captioned chapter 11 case. A true and accurate copy of the Notice of Hearing is attached hereto as **Exhibit A**.

Dated: July 22, 2024　　　　　　　　　　LUC A. DESPINS
　　　　　New Haven, CT　　　　　　　　CHAPTER 11 TRUSTEE


　　　　　　　　　　　　　　　　　　　By: */s/ Patrick R. Linsey*_____
　　　　　　　　　　　　　　　　　　　　　Douglas S. Skalka (ct00616)
　　　　　　　　　　　　　　　　　　　　　Patrick R. Linsey (ct29437)
　　　　　　　　　　　　　　　　　　　　　NEUBERT, PEPE & MONTEITH, P.C.
　　　　　　　　　　　　　　　　　　　　　195 Church Street, 13th Floor
　　　　　　　　　　　　　　　　　　　　　New Haven, Connecticut 06510
　　　　　　　　　　　　　　　　　　　　　(203) 781-2847
　　　　　　　　　　　　　　　　　　　　　dskalka@npmlaw.com
　　　　　　　　　　　　　　　　　　　　　plinsey@npmlaw.com
　　　　　　　　　　　　　　　　　　　　　*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[2] : Case No. 22-50073 (JAM)
: 
           Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x
: 
LUC A. DESPINS, CHAPTER 11 : Adv. Proceeding Nos. 24-05005, 24-05006, 24-
TRUSTEE, : 05007, 24-05008, 24-05009, 24-05010, 24-05011,
: 2405012, 24-05013, 24-05014, 24-05015, 24-
           Plaintiff, : 05016, 24-05017, 24-05018, 24-05019, 24-05020,
v. : 2405021, 24-05022, 24-05023, 24-05024, 24-
: 05025, 24-05026, 24-05027, 24-05028, 24-05029,
: 2405030, 24-05031, 24-05032, 24-05033, 24-
AVOIDANCE DEFENDANTS : 05034, 24-05035, 24-05036, 24-05037, 24-05038,
: 2405039, 24-05040, 24-05041, 24-05042, 24-
           Defendants. : 05043, 24-05044, 24-05045, 24-05046, 24-05047,
: 2405048, 24-05049, 24-05050, 24-05051, 24-
: 05052, 24-05053, 24-05054, 24-05055, 24-05056,
: 2405057, 24-05058, 24-05059, 24-05060, 24-
: 05061, 24-05062, 24-05063, 24-05064, 24-05065,
: 2405066, 24-05067, 24-05068, 24-05069, 24-
: 05070, 24-05071, 24-05072, 24-05073, 24-05074,
: 2405075, 24-05076, 24-05077, 24-05078, 24-
: 05079, 24-05080, 24-05081, 24-05082, 24-05083,
: 2405084, 24-05085, 24-05086, 24-05087, 24-
: 05088, 24-05089, 24-05090, 24-05091, 24-05092,
: 2405093, 24-05094, 24-05095, 24-05096, 24-
(caption continues on next page) : 05097, 24-05098, 24-05099, 24-05100, 24-05101,
: 2405102, 24-05102, 24-05103, 24-05104, 24-
: 05105, 24-05106, 24-05107, 24-05108, 24-05109,

---

[2]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

|  |  |
|---|---|
| : | 24-05110, 24-05111, 24-05112, 24-05113, 24-05114, 24-05115, 24-05116, 24-05117, 24-05118, 2405119, 24-05120, 24-05121, 24-05122, 24-05123, 24-05124, 24-05125, 24-05126, 24-05127, 2405128, 24-05129, 24-05130, 24-05131, 24-05132, 24-05133, 24-05134, 24-05135, 24-05136, 2405137, 24-05138, 24-05139, 24-05140, 24-05141, 24-05142, 24-05143, 24-05144, 24-05145, 2405146, 24-05147, 24-05148, 24-05149, 24-05150, 24-05151, 24-05152, 24-05153, 24-05154, 2405155, 24-05156, 24-05157, 24-05158, 24-05159, 24-05160, 24-05161, 24-05162, 24-05163, 2405164, 24-05165, 24-05166, 24-05167, 24-05168, 24-05169, 24-05170, 24-05171, 24-05172, 2405173, 24-05174, 24-05175, 24-05176, 24-05177, 24-05178, 24-05179, 24-05180, 24-05181, 2405182, 24-05183, 24-05184, 24-05185, 24-05186, 24-05187, 24-05188, 24-05189, 24-05190, 2405191, 24-05192, 24-05193, 24-05194, 24-05195, 24-05196, 24-05197, 24-05198, 24-05199, 2405200, 24-05201, 24-05202, 24-05203, 24-05204, 24-05205, 24-05206, 24-05207, 24-05208, 2405209, 24-05210, 24-05211, 24-05212, 24-05213, 24-05214, 24-05215, 24-05216, 24-05217, 2405218, 24-05219, 24-05220, 24-05221, 24-05222, 24-05223, 24-05224, 24-05225, 24-05226, 2405227, 24-05228, 24-05229, 24-05230, 24-05231, 24-05232, 24-05233, 24-05234, 24-05235, 2405236, 24-05237, 24-05238, 24-05239, 24-05240, 24-05241, 24-05242, 24-05243, 24-05244, 2405245, 24-05246, 24-05247, 24-05248, 24-05250, 24-05251, 24-05252, 24-05253, 24-05254, 2405255, 24-05256, 24-05257, 24-05258, 24-05259, 24-05260, 24-05261, 24-05262, 24-05263, 2405264, 24-05265, 24-05266, 24-05267, 24-05268, 24-05269, 24-05270, 24-05271, 24-05272, 24-05274, 24-05275, 24-05276, 24-05279, 24-05280 |

------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The foregoing, including all attachments thereto, was filed on the date hereof in the above-captioned adversary proceedings using the Court's electronic case files/case management system ("CM/ECF"). Notice was sent on the date of filing to all parties appearing in the above-captioned adversary proceedings automatically via email by operation of CM/ECF.

Dated: July 22, 2024           LUC A. DESPINS
       New Haven, CT         CHAPTER 11 TRUSTEE


                              By: */s/ Patrick R. Linsey*_____
                                 Douglas S. Skalka (ct00616)
                                 Patrick R. Linsey (ct29437)
                                 NEUBERT, PEPE & MONTEITH, P.C.
                                 195 Church Street, 13th Floor
                                 New Haven, Connecticut 06510
                                 (203) 781-2847
                                 dskalka@npmlaw.com
                                 plinsey@npmlaw.com
                                 *Counsel for the Chapter 11 Trustee*

**EXHIBIT A**

# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
July 22, 2024

In re:

Ho Wan Kwok

Genever Holdings Corporation
Debtor*

Case Number: 22–50073
Chapter: 11

### NOTICE OF HEARING ON APPENDIX M MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014−1(m), a hearing will be held on **August 13, 2024** at **01:00 PM** at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** to consider and act upon the following matter(s):

> First Supplemental Motion to Extend August 15, 2024 Deadline for Trustee to File Avoidance Actions to 02/15/2025 Filed by Patrick R. Linsey on behalf of Luc A. Despins, Chapter 11 Trustee. (ECF No. 3329) (the "Movant(s)") (the "Matter").

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **August 6, 2024** and the Movant(s) shall file any Reply on or before **August 9, 2024.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

**TO THE MOVANT:**

**YOU ARE REQUIRED TO SERVE THIS NOTICE OF HEARING.** In accordance with D. Conn. Bankr. L.R. 2002−1 and Appendix A of the Local Rules, the Movant(s) shall serve this Notice of Hearing on the Respondents on or before **July 23, 2024.**

**YOU ARE REQUIRED TO FILE A CERTIFICATE OF SERVICE.** The Movant(s) shall file a Certificate of Service on or before **July 25, 2024** before **4:00 PM** evidencing that proper service was made. Untimely certificates of service may result in the hearing not being held.

In accordance with D. Conn. Bankr. L.R. 2002–1(a), 9036–1 and Appendix A, service of this Notice of Hearing upon parties who are CM/ECF Filers and/or have consented to electronic service, is made via the Court's CM/ECF System. The Notice of Electronic Filing ("NEF") of this Notice of Hearing generated by the Court's CM/ECF System shall be deemed to be a certificate of service in accordance with Appendix A, Section 4(c).

Dated: July 22, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – rms